JAMES A. CLARK (BAR NO. 278372)
RENEE N. PARRAS (BAR NO. 283441)
TOWER LEGAL GROUP, P.C.
1510 J. Street, Suite 125
Sacramento, CA 95814
Phone: (916) 361-6009
Fax: (916) 361-6019
Email: james.clark@towerlegalgroup.com
renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
STARR PARHAM

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
ALLISON L. SHRALLOW (BAR NO. 272924)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
         anestor@allenmatkins.com
         ashrallow@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STARR PARHAM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a Corporation; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-CV-002625-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Starr Parham and Defendant Wells Fargo Bank, National Association jointly stipulate that the Complaint and all claims against Defendant be dismissed with prejudice, and each party to bear its own attorneys' fees and costs.

Dated: 2/21/18                    TOWER LEGAL GROUP, P.C.


                                  By: /s/ *James A. Clark*
                                      JAMES A. CLARK
                                      RENEE N. PARRAS
                                      Attorneys for Plaintiff
                                      STARR PARHAM


Dated: 3/13/18                    ALLEN MATKINS LECK GAMBLE
                                  MALLORY & NATSIS LLP


                                  By: /s/ *Alexander Nestor*
                                      BALDWIN J. LEE
                                      ALEXANDER NESTOR
                                      ALLISON L. SHRALLOW
                                      Attorneys for Defendant
                                      WELLS FARGO BANK, N.A.


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Plaintiff's Complaint and all of her claims against Defendant Wells Fargo Bank, National Association are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 13, 2018             _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1070757/SF                        -2-